UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

MICHAEL DEVELL THOMAS,

    Defendant.

_____/

Violation(s):
21 U.S.C. § 841(a)(1)

Case: 2:25-cr-20060
Assigned To : Murphy, Stephen J., III
Referral Judge: Patti, Anthony P.
Assign. Date : 2/6/2025
Description: SEALED MATTER (SS)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
21 U.S.C. § 841(a)(1)
*Possession with Intent to Distribute a Controlled Substance*

On or about May 11, 2023, in the Eastern District of Michigan, Southern Division, the defendant, MICHAEL DEVELL THOMAS, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the controlled substance involved was 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

## **FORFEITURE ALLEGATIONS**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a), the defendant, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JULIE A. BECK
Acting United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Sean L. King*
SEAN L. KING
Assistant United States Attorney

Dated: February 6, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:25-cr-20060<br>Assigned To : Murphy, Stephen J., III<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 2/6/2025<br>Description: SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: SLK |

Case Title: USA v. Michael Devell Thomas

County where offense occurred : Wayne

Check One:     ☒ Felony          ☐ Misdemeanor          ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 6, 2025
Date

Sean L. King
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9727
Fax:   313-226-2372
E-Mail address: Sean.King@usdoj.gov
Attorney Bar #: TX24097939

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.